# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lyonel Jean-Louis a/k/a Louis Lyonel Jean, Sr. a/k/a Lyonel J. Jean-Louis, Sr.<br>Debtor(s) | BK NO. 22-00455 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of CSMC 2018-RPL1 Trust and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
15 Mar 2022, 12:58:32, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322