UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LYONEL JEAN-LOUIS : CHAPTER 13
       Debtor :
        :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
LYONEL JEAN-LOUIS :
       Respondent : CASE NO. 1-22-bk-00455

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 21st day of April, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. SOFA numbers 27 and 28 lack description.

2. Trustee avers that debtor's plan cannot be administered due to the lack of the following:

    a. Current Profit and Loss Statement for six (6) months – September, 2021 through February, 2022.

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

       AND NOW, this 3rd day of May, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA 17011

          /s/Deborah A. Behney
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee