# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Lyonel Jean–Louis, aka Louis Lyonel Jean Sr., aka Lyonel J. Jean–Louis Sr., | Chapter | 13 |
| **Debtor 1** | Case No. | 1:22–bk–00455–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 23, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 11, 2023

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lyonel Jean-Louis<br>a/k/a Louis Lyonel Jean, Sr.<br>a/k/a Lyonel J. Jean-Louis, Sr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00455-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Friday, January 13, 2023, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| Label Matrix for local noticing | Bureau of Account Management | CSMC 2018-RPL1 Trust |
| --- | --- | --- |
| 0314-1 | 3607 Rosemont Avenue, Suite 502 | c/o Select Portfolio Servicing, Inc. |
| Case 1:22-bk-00455-HWV | PO Box 8875 | P.O. Box 65250 |
| Middle District of Pennsylvania | Camp Hill, PA 17001-8875 | Salt Lake City UT 84165-0250 |
| Harrisburg | | |
| Mon May 23 14:06:20 EDT 2022 | | |

| (p)CREDIT ACCEPTANCE CORPORATION | Lyonel Jean-Louis | Mariner Finance |
| --- | --- | --- |
| 25505 WEST 12 MILE ROAD | 2221 Dover Road | 8211 Town Center Drive |
| SOUTHFIELD MI 48034-8316 | Harrisburg, PA 17112-1047 | Nottingham, MD 21236-5904 |

| Paul Donald Murphy-Ahles | Pennsylvania Department of Revenue | Select Portfolio Servicing, Inc. |
| --- | --- | --- |
| Dethlefs Pykosh & Murphy | Bankruptcy Division | PO Box 65250 |
| 2132 Market Street | P.O. Box 280946 | Salt Lake City, UT 84165-0250 |
| Camp Hill, PA 17011-4706 | Harrisburg, PA 17128-0946 | |

| Rebecca Ann Solarz | United States Trustee | (p)JACK N ZAHAROPOULOS |
| --- | --- | --- |
| KML Law Group, P.C. | 228 Walnut Street, Suite 1190 | ATTN CHAPTER 13 TRUSTEE |
| 701 Market St. | Harrisburg, PA 17101-1722 | 8125 ADAMS DRIVE SUITE A |
| Suite 5000 | | HUMMELSTOWN PA 17036-8625 |
| Philadelphia, PA 19106-1541 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Credit Acceptance Corporation | Jack N Zaharopoulos (Trustee) |
| --- | --- |
| 25505 West 12 Mile Road | Standing Chapter 13 Trustee |
| Southfield, MI 48034-8316 | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CSMC 2018-RPL1 Trust

End of Label Matrix
Mailable recipients    11
Bypassed recipients     1
Total                  12