**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lyonel Jean-Louis<br>a/k/a Louis Lyonel Jean, Sr.<br>a/k/a Lyonel J. Jean-Louis, Sr.<br>**Debtor 1**<br><br>CSMC 2018-RPL1 Trust<br>**Movant(s)**<br>v.<br>Lyonel Jean-Louis<br>a/k/a Louis Lyonel Jean, Sr.<br>a/k/a Lyonel J. Jean-Louis, Sr.<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00455-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 41 |

**DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Lyonel Jean-Louis, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Upon information and belief, the averments as stated in Paragraph 4 are admitted.

5. Admitted.

6. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in paragraph 6; therefore, they are denied.

7. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in paragraph 7; therefore, they are denied.

8. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in paragraph 8; therefore, they are denied.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in paragraph 9; therefore, they are denied.

10. Paragraph 10 contains a conclusion of law to which no response is required.

11. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in paragraph 11; therefore, they are denied.

12. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in paragraph 12; therefore, they are denied.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: May 15, 2024

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lyonel Jean-Louis<br>a/k/a Louis Lyonel Jean, Sr.<br>a/k/a Lyonel J. Jean-Louis, Sr.<br>**Debtor 1**<br><br>CSMC 2018-RPL1 Trust<br>**Movant(s)**<br>v.<br>Lyonel Jean-Louis<br>a/k/a Louis Lyonel Jean, Sr.<br>a/k/a Lyonel J. Jean-Louis, Sr.<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00455-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 41 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, May 15, 2024, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Michael Farrington, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102


/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire