UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                    CASE NO.: 22-00455
                                                           CHAPTER 13

Lyonel Jean-Louis,
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2018-RPL1 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Attorney for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                         By: /s/Robert Shearer
                                             Robert Shearer
                                             Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LYONEL JEAN-LOUIS
2221 DOVER ROAD
HARRISBURG, PA 17112

And via electronic mail to:

DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Amber Matas