United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-00455-HWV
Lyonel Jean-Louis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 10, 2025     Form ID: ordsmiss     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lyonel Jean-Louis, 2221 Dover Road, Harrisburg, PA 17112-1047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 10 2025 18:40:00 | CSMC 2018-RPL1 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5464544 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 10 2025 18:40:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5464545 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 10 2025 18:40:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034-8316 |
| 5719445 | + | Email/Text: RASEBN@raslg.com | Sep 10 2025 18:40:00 | CSMC 2018-RPL1 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5476064 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 10 2025 18:40:00 | CSMC 2018-RPL1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5464546 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 10 2025 18:40:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5464547 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 10 2025 18:40:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: ordsmiss | Total Noticed: 8 |

Date: Sep 12, 2025         Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2018-RPL1 Trust bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jordan Matthew Katz | on behalf of Creditor CSMC 2018-RPL1 Trust jkatz@raslg.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Lyonel Jean-Louis pmurphy@dplglaw.com kgreene@dplglaw.com |
| Robert Shearer | on behalf of Creditor CSMC 2018-RPL1 Trust rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lyonel Jean−Louis,  
aka Louis Lyonel Jean Sr., aka Lyonel J. Jean−Louis Sr.,

Chapter 13

**Debtor 1**

Case No. 1:22−bk−00455−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 10, 2025

ordsmiss (05/18)